**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                               **CASE NO: 3:23-cr-65-RBD-KCD**

**FRANK D. CAVANAUGH**

_____

### ACCEPTANCE OF PLEA OF GUILTY,
### ADJUDICATION OF GUILT, AND
### NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty (Doc. 39) entered by the Honorable Kyle C. Dudek, United States Magistrate Judge, and the 14-day objection period has expired. The Court hereby accepts the Defendant's plea of guilty to Counts One and Two of the Indictment, and the Defendant is adjudged guilty of these offenses.

**SENTENCING** for the Defendant is hereby scheduled for **Monday, May 6, 2024, at 1:30 PM** before the undersigned in the United States Courthouse, Courtroom 5, One North Palafox Street, Pensacola, Florida 32502.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN SEVEN (7) DAYS PRIOR TO THE DATE OF SENTENCING.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 30, 2024.



ROY B. DALTON, JR.
United States District Judge

Copies:      Counsel of Record